

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2017

No. 04-17-00441-CV

**IN RE CITY OF ALICE**

Original Mandamus Proceeding

**ORDER**

Sitting:  Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Relator filed this petition for writ of mandamus on July 11, 2017. Relator has now filed a motion to dismiss this proceeding, advising this court that the issues raised by the mandamus proceeding have become moot. Relator's motion to dismiss is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on July 18, 2017.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2017.

Luz Estrada
Chief Deputy Clerk